T. Tom Metier, Esq.-#5-2631
R. Todd Ingram, -#6-3910
Metier Law Firm, LLC
4828 S. College Avenue
Fort Collins, Colorado 80525
(970) 377-3800 telephone
(970) 225-1476 fax
tom@metierlaw.com

C. John Cotton-#5-2170
Cotton Law Office, P.C.
222 South Gillette Ave., Suite 601
Gillette, WY. 82716
(307) 682-9887telephone
(307) 682-9888 fax
cottonlaw@vcn.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| WESLEY DALE VINCENT, | ) | |
|---|---|---|
| *Plaintiff,* | ) ) ) | Case No 16-CV-270J |
| v. | ) ) | |
| AVA NELSON | ) ) | |
| *Defendant.* | ) | |

---

**PLAINTIFF'S PROPOSED JURY INSTRUCTIONS**

---

Plaintiff, by and through the undersigned counsel, hereby submit the following Proposed Jury Instructions.

| # | Title | Stip'd | Plf. Objects | Def. Objects | Ruling |
|---|---|---|---|---|---|
| 1.01 | Informing the Panel Prior to Voir Dire | | | | |
| 1.02 | General Instructions Before Opening Statement | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1.02A | Jurors Will Be Permitted to Take Written Notes During the Course of the Trial | | | | |
| 1.02B | Deposition Testimony | | | | |
| 1.02C | Direct and Circumstantial Evidence | | | | |
| 1.02D | Expert Testimony | | | | |
| 1.02E | Opinion Testimony by Lay Witness | | | | |
| 1.02F | Jurors Not to Consider Insurance | | | | |
| 1.02G | Written Questions by Jurors for Witnesses Permitted | | | | |
| 1.03 | General Instructions Before Final Argument | | | | |
| 1.04 | Duty as a Juror | | | | |
| 2.03 | Preponderance of Evidence - Definition | | | | |
| 3.01 | Burden of Proof, modified | | | | |
| 3.02 | Definition of Willful and Wanton Misconduct, modified | | | | |
| 3.04 | Cause - Defined | | | | |
| 4.01 | Measure of Damages – Personal Injury | | | | |
| 4.02 | No Evidence of Dollar Estimate Required | | | | |
| 4.04 | Injured Party – Life Expectancy | | | | |
| 4.05 | Present Value of Future Losses – Economic Condition | | | | |
| | | | | | |
| | **NON-PATTERN INSTRUCTIONS** | | | | |
| | Willful and Wanton Misconduct- Additional Standard | | | | |
| | | | | | |
| | Verdict Form | | | | |

Respectfully submitted this 18th day of October, 2019.

                                   **METIER LAW FIRM, LLC**

                                 _s/Tom Metier_____
                                 T. Tom Metier, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of October, 2019 a true and correct copy of the foregoing was served via the Court's CM/ECF system upon the following:

| | |
|---|---|
| Ken Lyman, Esq.<br>Hall & Evans, LLC<br>1001 Seventeenth Street, Suite 300<br>Denver, CO 80202<br>lymank@hallevans.com | [____] U.S. Mail<br>[__X_] Facsimile<br>[____] Hand Del<br>[__X_] CM/ECF |
| James C. Worthen, Esq.<br>Hall & Evans, LLC<br>152 North Durbin Street, Suite 404<br>Casper, WY 82601<br>worthenj@hallevans.com | [____] U.S. Mail<br>[__X_] Facsimile<br>[____] Hand Del<br>[__X_] CM/ECF |

                    __*s/Janie Sanchez*_____
                    For Metier Law Firm