**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| WESLEY DALE VINCENT, | ) | |
| | ) | |
| *Plaintiff,* | ) | CA No 16-CV-270J |
| *v.* | ) | |
| | ) | |
| AVA NELSON | ) | |
| | ) | |
| *Defendant.* | ) | |

---

## VERDICT FORM

---

We, the jury, in accordance with the Court's instructions, present the following answers to the following questions submitted by the Court based upon a preponderance of the evidence:

**1. Did Defendant Nelson act with willful and wanton misconduct?**

**Yes_____     No_____**

If you answered "Yes" to question number 1, go to question number 2. If you answered "No" to question number 1, sign the verdict form and return it to the Court.

**2. Did Defendant Nelson's willful and wanton misconduct cause injuries to the Plaintiff Dale Vincent?**

**Yes_____     No_____**

If you answered "Yes" to question number 2, go to question number 3. If you answered "No" to question number 2, sign the verdict form and return it to the Court.

**3. What sum of money will fully and fairly compensate Dale Vincent for injuries and damages he sustained as a result of Ava Nelson's willful and wanton misconduct?**

$_____

DATED: This_____day of January, 2020.

_____
Jury Foreperson