IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| WESLEY DALE VINCENT, | |
| Plaintiff, | |
| VS. | Case No. 16-CV-270-J |
| AVA NELSON, | |
| Defendant. | |

## ORDER REVISING SCHEDULE FOR TRIAL

On September 30, 2019, this Court entered a notice resetting the jury trial in this case from October 28, 2019 at 1:30 pm to January 13, 2020 at 1:30 pm. ECF No. 117. The estimated length of trial is 10 days. ECF No. 119. In accordance with the new trial date, the Court hereby **ORDERS** that the deadlines provided in the Court's Final Pretrial Conference Order (ECF No. 119) be extended to reflect the following schedule:

a. **11/25/2019:** Any counsel requiring authentication of an exhibit must so notify in writing the offering counsel on or before November 25, 2019. Failure to do so is an admission of authenticity.

b. **11/25/2019:** Counsel shall comply with all requirements for using the Jury Evidence Recording System (JERS) concerning submission of electronic exhibit files. On or before November 25, 2019 counsel must provide their complete JERS submissions to the Clerk of Court's office. Any questions regarding JERS should be directed to the Clerk's office and further information is also available at http://www.wvd.uscourts.gov/htmlDages/iers.html.

1

c. **11/25/2019:** Counsel shall furnish the Court Reporter with an electronic list of all exhibits to be offered and electronic list of names for all anticipated witnesses. If available, counsel shall provide the Court Reporter with electronic keyword indices for all anticipated expert witnesses. Counsel shall contact the Court Reporter no later than November 25, 2019 to provide appropriate witness and exhibit lists and make requests and arrangements for any special reporting requirements that they may have for the trial of this matter, including real time, daily copy or other services. Any other concerns or requests from counsel to the Court Reporter or from the Court Reporter to counsel should also be discussed at that time.

d. **11/25/2019:** Any party proposing to offer all or any portion of a deposition shall notify opposing counsel no later than November 25, 2019 of the offers to be made (unless the necessity for using the deposition develops unavoidably thereafter). If objection is to be made, or if additional portions of a deposition are to be requested, opposing counsel will notify opposing counsel **no later than November 25, 2019** of such objections or requests. If any differences cannot be resolved, the Court must be notified in writing of such differences **no later than December 5, 2019.**

e. **01/03/2020:** The parties have represented that they will cooperate to exchange information regarding scheduling of witnesses, including anticipated time frames and the order of appearance on or before January 3, 2020.

f. **11/25/2019:** It is directed that requests for instructions and proposed verdict forms be submitted to the Court on or before November 25, 2019, subject to the right of counsel to supplement such requests during the course of trial on matters that cannot be reasonably anticipated. Each party is to submit a separate concise proposed instruction stating their contentions. Requests for instructions are to include one set with authority and one additional set ready for submission to the jury; no signature block on the bottom of each instruction is necessary. Proposed Jury Instructions, Special Verdict forms and proposed voir dire shall be submitted in writing and filed, as usual, and also sent as an attachment via email directly to Judge Johnson's Chambers, wyojudgeabj@wyd.uscourts.gov, in WordPerfect or Word manipulable format (not PDF).

Dated this 22d day of October, 2019.

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE