James C. Worthen, Esq. (Atty. No. 6-3973)
Kenneth H. Lyman, Esq. (Admitted *Pro Hac Vice*)
HALL & EVANS, LLC
152 N. Durbin Street, Suite 404
Casper, WY 82601
Worthen:   (307) 277-8917
Lyman:     (303) 628-3396
Facsimile: (307) 514-2568
worthenj@hallevans.com
lymank@hallevans.com
**ATTORNEYS FOR DEFENDANTS**

# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

| | | |
|---|---|---|
| WESLEY DALE VINCENT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case Number: 16-CV-270-J |
| | ) | |
| AVA NELSON, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' PROPOSED VERDICT FORM

We the Jury, present our answers to the Questions submitted by the Court, to which we have agreed:

1.      Did Ava Nelson act with willful and wanton misconduct?  (YES OR NO)

**ANSWER:** _____

(If your Answer is No, you should not answer any further questions but go directly to signing your names at the end and hand this form to the Bailiff.  If your Answer is Yes, proceed to the next question.)

2.      Was the willful and wanton misconduct, if any, of Ava Nelson the cause of any of Plaintiff Wesley Vincent's claimed injuries?  (YES OR NO).

**ANSWER:** _____

(If your Answer is No, you should not answer any further questions but go directly to signing your names at the end and hand this form to the Bailiff.  If your Answer is Yes, proceed

to the next question.)

3. Was Wesley Dale Vincent Negligent (YES OR NO)

**ANSWER:**  _____

4. Was Black Thunder Mine Negligent (YES or NO

**ANSWER:**  _____

Did Wesley Vincent fail to mitigate his damages? (YES OR NO)

**ANSWER:**  _____

5. What percentage of fault of each actor caused the accident on October 13, 2015

- Wesley Dale Vincent _____%

- Ava Nelson _____%

- Black Thunder Mine _____%

Total: 100%

6. What amount, if any, of total damages you find to have been sustained by Plaintiff?

$_____

7. What amount, if any, of Plaintiff Wesley Vincent's total damages was caused by his failure to mitigate his damages?

$_____

Dated ____ day of January 2020,

_____
Jury Foreperson

1760350.2

Respectfully submitted this 25th day of November, 2019.

s/ James C. Worthen
James C. Worthen, Esq. (Atty. No. 6-3973)
Kenneth H. Lyman, Esq. (Admitted *Pro Hac Vice*)
HALL & EVANS, LLC
152 N. Durbin Street, Suite 404
Casper, WY 82601
Worthen: (307) 277-8917
Lyman: (303) 628-3396
Facsimile: (307) 514-2568
worthenj@hallevans.com
lymank@hallevans.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of November, 2019 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to parties of record via electronic mail:

*Attorney for Plaintiff*
*Wesley Dale Vincent:*

C. John Cotton, Esq.
Cotton Law Office, P.C.
222 South Gillette Avenue, Suite 601
Gillette, Wyoming 82716
Email: cottonlaw@vcn.com

*Attorneys for Plaintiff*
*Wesley Dale Vincent:*

T. Thomas Metier-#5-2631
R. Todd Ingram-#6-3910
Metier Law Firm
4828 S. College Avenue
Fort Collins, Colorado 80525
Telephone (970) 377-3800
Facsimile: (970) 225-1476
tom@metierlaw.com
todd@metierlaw.com

s/ Christine Jackson
Christine Jackson, Legal Assistant
HALL & EVANS, LLC

1760350.2